# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS LEE PLUMMER,      :   No. 501 MAL 2019

     Petitioner    :

:   Petition for Allowance of Appeal
:   from the Order of the
     v.    :   Commonwealth Court
:
:

PENNSYLVANIA BOARD OF PROBATION   :
AND PAROLE,    :
:
     Respondent    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.